# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 300 EAL 2018
:
          Respondent : 
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
HAROLD COST, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2018, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

(1)    Did not the Superior Court panel misapply and expand this Court's decision in *Commonwealth v. Lyles*, 97 A.3d 298 (Pa. 2014), in reversing the grant of suppression by the trial court, because where two officers retain control of a person's identification in order to run a background check while continuing to question him about his possessions, the interaction is escalated from a mere encounter to an investigative detention?